UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BMO BANK N.A., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 1:24-cv-00318-HAB-SLC |
| FIREFLY EMERGENCY LLC | ) |
| and GRICELDA KIMBRIEL, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| FLAGSTAR BANK, | ) |
| | ) |
| Garnishee. | ) |
| | ) |
| | ) |
| | ) |

**APPLICATION FOR WRIT OF GARNISHMENT**
**AGAINST THE PROPERTY OF**
**JUDGMENT DEBTOR GRICELDA KIMBRIEL**

Judgment Creditor Guaranty Solutions Recovery Fund 1, LLC, assignee of Plaintiff, BMO Bank N.A., hereby applies for a Writ of Garnishment upon the judgment entered against the defendant, Firefly Emergency LLC, and in support thereof states:

1. On October 29, 2024, Final Judgment was entered in the above-entitled action in favor of said Plaintiff and against defendants Firefly Emergency LLC and Gricelda Kimbriel in the amount of $116,656.84, which remains due.

2. The Garnishee is believed to have in its possession, custody, or control, money or personal property of the judgment debtor, and said property is a nonexempt interest of the debtor and consists in part of earnings from personal services.

1

3.      The name and address of the Garnishee is:

Flagstar Bank
1536 IN-930
New Haven, IN 46774

WHEREFORE, Judgment Creditor Guaranty Solutions Recovery Fund 1, LLC, respectfully requests that the Court issue a Writ of Garnishment, pursuant to Federal Rule of Civil Procedure 69.

Respectfully submitted,

**WONG FLEMING**

Dated: November 14, 2025

*/s/ James K. Haney*
James K. Haney, Esq.
**WONG FLEMING**
400 Alexander Park Drive, Ste 201
Princeton, New Jersey 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
jhaney@wongfleming.com
*Attorneys for Judgment Creditor*

2

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| **BMO BANK N.A.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| **v.** | ) |
| | ) **CASE NO. 1:24-cv-00318-HAB-SLC** |
| **FIREFLY EMERGENCY LLC** | ) |
| **and GRICELDA KIMBRIEL,** | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| **and** | ) |
| | ) |
| **FLAGSTAR BANK,** | ) |
| | ) |
| **Garnishee.** | ) |
| | ) |
| | ) |
| | ) |

**ANSWER OF THE GARNISHEE**

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

1. That he/she is the _____ of Garnishee, Flagstar Bank.

On _____, Garnishee was served with the Writ of Garnishment

2. The Garnishee has custody, control or possession of money or personal property of

the judgment debtor consists in part of earnings from personal services.

3. Have there been previous garnishments in effect?

If the answer is **no**, check this space \_\_\_\_\_.

If the answer is **yes**, check this space \_\_\_\_\_.

3

Check the applicable line below if you deny that you hold property subject to this order of garnishment.

___ The Garnishee makes the following claim of exemption on the part of the judgment-debtor:

___ Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon Plaintiff's claim:

___ The Garnishee was then in no manner and upon no account indebted or under liability to the judgment-debtor, Gricelda Kimbriel and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the judgment-debtor, Gricelda Kimbriel and (2) counsel for Plaintiff/Judgment Creditor, James K. Haney, WONG FLEMING, 400 Alexander Park Drive, Ste 201, Princeton, New Jersey, 08504.

_____
Garnishee

Subscribed and sworn to before this ___ day of _____, 2025.

_____
Notary Public

My Commission expires:

**NOTE**: The original Answer must be mailed by first class mail to:

Clerk, United States District Court
Northern District of Indiana
5400 Federal Plaza, Ste. 2300
Hammond, IN 46320

and a copy of the Answer by first class mail to:

**WONG FLEMING**
Attn: James K. Haney, Esq.
400 Alexander Park Drive, Ste. 201
Princeton, NJ 08540

Gricelda Kimbriel
7032 Ternet Rd
Monroeville, IN 46773

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BMO BANK N.A.,            ) | |
|            ) | |
|          **Plaintiff,**        ) | |
| **v.**            ) | |
|            ) | **CASE NO. 1:24-cv-00318-HAB-SLC** |
| **FIREFLY EMERGENCY LLC**    ) | |
| **and GRICELDA KIMBRIEL,**    ) | |
|            ) | |
|          **Defendants,**      ) | |
|            ) | |
| **and**            ) | |
|            ) | |
| **FLAGSTAR BANK,**       ) | |
|          **Garnishee.**      ) | |
|            ) | |
|            ) | |
|            ) | |
|            ) | |

**CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT**
**AND REQUEST FOR HEARING FORM**

You are hereby notified that the non-exempt property of Gricelda Kimbriel is being taken by Judgment Creditor Guaranty Solutions Recovery Fund 1, LLC, assignee of Plaintiff, BMO Bank N.A., which has a court judgment in the amount of $116,656.84.

In addition, you are hereby notified that there are exemptions under the law which may protect some of the property from being taken by Judgment Creditor Guaranty Solutions Recovery Fund 1, LLC, if Gricelda Kimbriel can show that the exemptions apply. Below is a summary of the major exemptions that apply in most situations.

Under section 3613(a) of Title 18, United States Code, you, Gricelda Kimbriel, have exemptions you may claim. If you properly claim exemptions, that property cannot be taken by the Judgment Creditor for satisfaction of your debt. The exemptions are:

<u>EXEMPTIONS UNDER FEDERAL LAW (18 U.S.C. § 3613)</u>

1. Wearing apparel and school books, i.e. items of wearing apparel and such school books as are necessary for the debtor and for members of his family.

2. Fuel, provisions, furniture and personal effects, i.e. fuel, provisions, furniture and personal effects in the debtors' household, and of the arms for personal use, livestock and poultry of the debtor, as does not exceed $9,200 in value.

3. Books and tools of a trade, business or profession, i.e. books and tools necessary for the trade, business or profession of the debtor as do not exceed in the aggregate $4,600 in value.

4. Unemployment benefits. Any amount payable to an individual with respect to his unemployment (including any portion thereof payable with respect to dependents) under an unemployment compensation law of the United States, of any State, of the District of Columbia or Commonwealth of Puerto Rico.

5. Undelivered mail, i.e. mail, addressed to any person, which has not been delivered to the addressee.

6. Certain annuity and pension payments, i.e. annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force and Coast Guard Medal of Honor roll (38 U.S.C. §1562), and annuities based on retired or retainer pay under Chapter 73 of Title 10 of the United States Code.

7. Worker's Compensation. Any amount payable with respect to compensation (including any portion thereof payable with respect to dependents) under a worker's compensation

law of the United States, of any State, of the District of Columbia or Commonwealth of Puerto Rico.

8. Judgments for support of minor children. If the debtor is required by judgment of a court of competent jurisdiction, entered prior to the date of levy, to contribute to the support of his minor children, so much of his salary, wages or other income as is necessary to comply with such judgment.

9. Certain service-connected disability payments, i.e. any amount payable to an individual as a service-connected (within the meaning of section 101(16) of Title 38, United States Code) disability benefit under--(A) subchapter II, III, IV, V or VI of Chapter 11 of such Title 38 or (B) Chapter 13, 21, 23, 31, 32, 34, 35, 37 or 39 of such Title 38.

10. Assistance under Job Training Partnership Act, i.e. any amount payable to a participant under the Job Training Partnership Act (29 U.S.C. §1501 *et seq.*) from funds appropriated pursuant to such Act.

If you are Gricelda Kimbriel, you have a right to ask the court to return your property to you if you think the property the Judgment Creditor is taking qualifies under one of the above exemptions or if you think you do not owe the money that Judgment Creditor says you do.

If you desire a hearing, you must notify the Court within 20 days after receipt of the notice. You must make your request in writing and either mail it or deliver it to the Clerk of the United States District Court at 5400 Federal Plaza, Ste. 2300, Hammond, IN 43620. If you wish, you may use the last page of this notice, entitled Request for Hearing, to request the hearing by filling out the information and checking an appropriate box, if applicable to you. You must either mail the Request for Hearing or deliver it in person to the Clerk of the United States District Court at 5400 Federal Plaza, Ste. 2300, Hammond, IN 43620. You must also send a copy of your request to

counsel for Judgment Creditor – WONG FLEMING, Attn: James K. Haney, 400 Alexander Park Drive, Ste. 201 Princeton, NJ 08540, so that the Plaintiff/Judgment Creditor will be notified of your desire for a hearing. The hearing will take place within five (5) days after the Clerk receives your request, or as soon thereafter as possible.

At the hearing you may explain to the court why you believe the property that the Judgment Creditor has taken is exempt. If you do not request a hearing within twenty (20) days of receiving this notice, the property or money will be paid to Guaranty Solutions Recovery Fund 1, LLC to satisfy the Final Judgment.

If you think you live outside the Federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the Federal judicial district in which you reside. You must make your request in writing, and either mail it or deliver it in person to the Clerk of the United States District Court, 5400 Federal Plaza, Ste. 2300, Hammond, IN 43620. You must also send a copy of your request counsel for Judgment Creditor – WONG FLEMING, Attn: James K. Haney, 400 Alexander Park Drive, Ste. 201, Princeton, NJ 08540, so that the Plaintiff/Judgment Creditor, so that the Judgment Creditor will be notified of the proceeding to be transferred.

Be sure to keep a copy of this notice and request for hearing for your own records. If you have any questions about your right or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of the Court. The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

Date: _____                    _____
                                                  U.S. District Court Clerk

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| BMO BANK N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 1:24-cv-00318-HAB-SLC** |
| FIREFLY EMERGENCY LLC | ) | |
| and GRICELDA KIMBRIEL, | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLAGSTAR BANK, | ) | |
| | ) | |
| Garnishee. | ) | |
| | ) | |
| | ) | |
| | ) | |

## REQUEST FOR A HEARING

I.      **Respond to these items if funds in your account were garnished:**

A.      [ ] I believe that the Writ of Garnishment was issued improperly. (Explain)

_____

_____

B.      [ ] I believe that the Answers to Interrogatories are inaccurate. (Explain)

_____

_____

C.      [ ] The funds in my account are exempt from garnishment because they are: (Check applicable boxes):

[ ] Social Security Benefit                    [ ] Pensions

[ ] Supplemental Security Income (SSI)         [ ] Alimony/child support

[ ] Veterans' Benefits                     [ ] Public Assistance (welfare)

[ ] Unemployment Benefits                  [ ] Owned by another person

[ ] Workers' Compensation Benefits         [ ] Partly owned by me

[ ] Wages/income from personal services

[ ] Other (describe) _____

D.    Check one box:

[ ] All funds in my account are exempt.

[ ] I believe that $ _____ of the amount in my account is exempt. (Fill in the dollar amount you believe is exempt.)

E.    *Check if applicable*

[ ] I claim ownership of all or part of the money or property taken and I am not one of the persons against whom a judgment has been entered.

F.    *Check if applicable*

[ ] I have attached copies of the documents that show that my money is exempt.

**II.    Respond to these items if all or part of your wages were garnished.**

A.    [ ] I believe that the writ of garnishment was issued improperly. (Explain)

_____

_____

_____

_____

B.    [ ] I believe that the Answers to Interrogatories are inaccurate. (Explain)

_____

_____

_____

_____

    C.       [ ] I believe that all or part of my wages are exempt from garnishment. (Explain)

_____

_____

_____

_____

Date:    _____

_____
Gricelda Kimbriel


Address:   _____

_____

Phone No.  _____

RETURN THIS REQUEST TO:

Clerk, United States District Court
5400 Federal Plaza, Ste. 2300
Hammond, IN 46320

SEND COPIES OF THIS REQUEST TO:

**WONG FLEMING**
Attn: James K. Haney, Esq.
400 Alexander Park Drive
Princeton, NJ 08540

Flagstar Bank
1536 IN-930
New Haven, IN 46774

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | |
|---|---|
| BMO BANK N.A., | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) **CASE NO. 1:24-cv-00318-HAB-SLC** |
| FIREFLY EMERGENCY LLC | ) |
| and GRICELDA KIMBRIEL, | ) |
| | ) |
| **Defendants,** | ) |
| | ) |
| and | ) |
| | ) |
| FLAGSTAR BANK, | ) |
| | ) |
| **Garnishee.** | ) |
| | ) |
| | ) |
| | ) |

**INSTRUCTIONS TO THE JUDGMENT DEBTOR**

To:    Gricelda, Kimbriel
       7032 Ternet Rd
       Monroeville, IN 46773

YOU ARE HEREBY NOTIFIED that a Garnishment was issued based upon a judgment entered against you and that the Garnishment was served on Flagstar Bank, Garnishee, and it is believed that the Garnishee may have property of yours, in its custody, possession or control.

YOU ARE FURTHER NOTIFIED that, unless within twenty (20) days from the date of receipt of the Answer of the Garnishee, you file a written objection to explain why you think these funds are exempt from execution under state or federal law and request a hearing, a Court Order will be entered attaching the funds or property and the funds or property will be applied against

the judgment owed to Guaranty Solutions Recovery Fund 1, LLC, assignee of Plaintiff BMO Bank N.A.

Any objection that you file to contest the garnishment must be filed in the office of the Clerk of the United States District Court, Northern District of Indiana, at U.S. Courthouse, 4500 Federal Plaza, Ste. 2300, Hammond, IN 46320. The objection must state your reasons for believing that this property is not subject to attachment by Judgment Creditor. A copy of the objection or other pleadings must also be served on: (1) counsel for Judgment Creditor, James K. Haney, WONG FLEMING, 400 Alexander Park Drive, Ste. 201, Princeton, New Jersey, 08504, and (2) Flagstar Bank, 1536 IN-930, New Haven, IN 46774.

YOU MAY WISH TO CONSULT A LAWYER FOR ADVICE AS TO THE MEANING OF THIS NOTICE.

Dated: November 14, 2025

/s/ James K. Haney
James K. Haney, Esq.
**WONG FLEMING**
400 Alexander Park Drive, Ste. 201
Princeton, New Jersey 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
jhaney@wongfleming.com
*Attorneys for Judgment Creditor*

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| BMO BANK N.A., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 1:24-cv-00318-HAB-SLC** |
| FIREFLY EMERGENCY LLC | ) | |
| and GRICELDA KIMBRIEL, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLAGSTAR BANK, | ) | |
| | ) | |
| **Garnishee.** | ) | |
| | ) | |
| | ) | |
| | ) | |

## INSTRUCTIONS TO THE GARNISHEE

To:   Flagstar Bank
      1536 IN-930
      New Haven, IN 46774

Judgment Creditor, Guaranty Solutions Recovery Fund 1, LLC, assignee of Plaintiff BMO Bank N.A., hereby States serves the following instructions upon the Garnishee with a copy of the Writ of Garnishment.

1. Enclosed is a Writ of Garnishment requesting that you determine whether or not you have in your possession, custody or control any of the property of the debtor listed therein, or any other property of the debtor.

2. You are required by law to serve a written answer to this writ within 10 days of service of this writ. **You are further required by law to withhold and retain** any property in which

15

the debtor has a substantial non-exempt interest pending the issuance of a final order in this matter.

3. **IF YOU FAIL TO ANSWER THIS WRIT OR TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE COURT MAY MAKE YOU LIABLE FOR THAT AMOUNT OF THE DEBTOR'S NONEXEMPT PROPERTY WHICH YOU FAILED TO WITHHOLD. ADDITIONALLY, YOU MAY BE HELD LIABLE FOR A REASONABLE ATTORNEY'S FEE TO JUDGMENT CREDITOR GUARANTY SOLUTIONS RECOVERY FUND 1, LLC. IF JUDGMENT CREDITOR GUARANTY SOLUTIONS RECOVERY FUND 1, LLC FILES A PETITION TO THE COURT REQUESTING AN EXPLANATION FOR YOUR FAILURE TO COMPLY WITH THIS WRIT.**

4. A form answer has been included with these instructions for your use, should you desire to use it. You are not required to use the form answer. If you use the form answer, please fill out the information completely and send the original to the Clerk of Court as directed in the Writ of Garnishment. Copies of your answer must be mailed to counsel for Judgment Creditor, and the judgment debtors' counsel of record.

**WONG FLEMING**

Dated: November 14, 2025

*/s/ James K. Haney*
James K. Haney, Esq.
**WONG FLEMING**
400 Alexander Park Drive, Ste. 201
Princeton, New Jersey 08540
Tel: (609) 951-9520
Fax: (609) 951-0270
jhaney@wongfleming.com
*Attorneys for Judgment Creditor*

16

**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| BMO BANK N.A., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 1:24-cv-00318-HAB-SLC** |
| FIREFLY EMERGENCY LLC | ) | |
| and GRICELDA KIMBRIEL, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLAGSTAR BANK, | ) | |
| | ) | |
| **Garnishee.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**INTERROGATORIES TO THE GARNISHEE**
**(Not for earnings for Personal Services)**

1. Are you indebted to the Defendant(s) either in property or money?

    ANSWER:_____

2. What is the nature of the indebtedness?

    ANSWER:_____

3. What is the total amount of the indebtedness?

    ANSWER:    $_____

4. Is the indebtedness now due?

    ANSWER:    Yes ___ No ___

5. Is not, when is it to become due?

    ANSWER:_____

17

6.    Have you in your possession, in your charge, or under your control any property or money in which Defendant(s) has an interest other than as set forth in your answers above?

ANSWER:_____

7.    Is so, identify or describe such property or money and value of defendant's interest in it.

ANSWER:_____

*Identification or Description*                    *Amount or value of interest*
                                                   *Defendant's interest*

_____          _____

_____          _____

_____          _____

8.    Do you know of any debts owing or which may be owing from any other person to Defendant(s) whether due or not, or of property of Defendant(s) or in which Defendant(s) has an interest in any person's possession or control?

ANSWER:_____

9.    If so, state the full particulars thereof, including the amount, identification of any Third Party with interest, and description of the debt and/or location of the custodian.

ANSWER: _____

_____

10.   Have you retained or deducted from the property or money you owe in debt to Defendant any amount in payment, whether full or in part, of a debt owed in debt to you by either the Defendant or Plaintiff?

ANSWER:_____

11.   If so, please indicate the amount so retained or deducted and the person indebted for whom the amount has been retained or deducted.

ANSWER:_____

_____
Garnishee

Subscribed and sworn to before this ___ day of _____, 2025.

_____
Notary Public

My Commission expires:

**NOTE**: The original Answer must be mailed by first class mail to:

Clerk, United States District Court
4500 Federal Plaza, Ste. 2300
Hammond, IN 46320

and a copy of the Answer by first class mail to:

**WONG FLEMING**
Attn: James K. Haney, Esq.
400 Alexander Park Drive, Ste. 201
Princeton, NJ 08540

Gricelda Kimbriel
7032 Ternet Rd
Monroeville, IN 46733