**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| **BMO HARRIS BANK, N.A.** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FIREFLY EMERGENCY LLC, and** | ) | |
| **GRICELDA KIMBRIEL,** | ) | **Case No. 1:24-cv-00318-HAB-ALT** |
| | ) | |
| **Defendants** | ) | |

<u>**WRIT AND NOTICE OF GARNISHMENT**</u>

To:     Flagstar Bank
         1536 IN-930
         New Haven, IN 46774

Judgment Creditor Guaranty Solutions Recovery Fund 1, LLC, assignee of Plaintiff,

BMO Harris Bank, N.A., filed an application for writ of wage garnishment upon the judgment

entered against Defendant(s) in this case. (ECF 17-1). The application for writ of garnishment is

GRANTED.

You are hereby ordered and commanded by the Court to hold, until further order of this

Court, and not pay to Defendant(s) all money and other personal property of the Defendant(s) in

your possession or under your control, whether now due or hereafter to become due, which are

not exempt from execution, up to the amount remaining due on the judgment or order plus court

approved costs in this matter (or in the case of a prejudgment writ, the amount claimed to be

due), being $116,656.84. (*See* ECF 13).

You are required to answer the attached questions or interrogatories and to file your

answer with the Clerk of this Court, within ten business days of the date this Order is served

upon you, at the following address: Clerk of the United States District Court, 1300 S. Harrison St., Fort Wayne, IN 46802. You are also required to send a copy of your answers to the Judgment Creditor at the following address: Wong Fleming, Attn: James K. Haney, Esq., 400 Alexander Park Dr., Suite 201, Princeton NJ 08540.[1] If you fail to answer, the Judgment Creditor may ask the Court to order you to pay the amount you should have withheld.

If you are indebted to, or if you hold property or money belonging to the Defendant(s), you shall mail immediately by first class mail a copy of this Writ and Notice of Garnishment and your answer to the Interrogatories, the Notice of Garnishment and Exemptions, and two copies of the Request for Hearing to the Defendant(s) and to anyone else who, according to your records, may have an ownership or other interest in the property or money at the last known address of the Defendant(s) or such other persons shown on your records at the time of the service of this Writ. In lieu of mailings, you may hand-deliver a copy of these documents to the Defendant(s) and other persons entitled to copies.

SO ORDERED.

Entered this December 16, 2025.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge

---

[1] Telephone (609) 951-9520, Fax (609) 951-0270, jhaney@wongleming.com