**UNITED STATES DISTRICT COURT**
**THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| BMO BANK N.A., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CASE NO. 1:24-cv-00318-HAB-SLC** |
| FIREFLY EMERGENCY LLC | ) | |
| and GRICELDA KIMBRIEL, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FLAGSTAR BANK, | ) | |
| | ) | |
| **Garnishee.** | ) | |
| | ) | |
| | ) | |
| | ) | |

**ANSWER OF THE GARNISHEE**

_____, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

1.   That he/she is the _____ of Garnishee, Flagstar Bank.

On _____, Garnishee was served with the Writ of Garnishment

2.   The Garnishee has custody, control or possession of money or personal property of

the judgment debtor consists in part of earnings from personal services.

3.   Have there been previous garnishments in effect?

If the answer is **no**, check this space _____.

If the answer is **yes**, check this space _____.

3

Check the applicable line below if you deny that you hold property subject to this order of garnishment.

_____    The Garnishee makes the following claim of exemption on the part of the judgment-debtor:

_____    Or has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to judgment-debtor upon Plaintiff's claim:

_____    The Garnishee was then in no manner and upon no account indebted or under liability to the judgment-debtor, Gricelda Kimbriel and that the Garnishee did not have in its possession or control any property belonging to the judgment-debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

The Garnishee mailed a copy of this answer by first-class mail to (1) the judgment-debtor, Gricelda Kimbriel and (2) counsel for Plaintiff/Judgment Creditor, James K. Haney, WONG FLEMING, 400 Alexander Park Drive, Ste 201, Princeton, New Jersey, 08504.

_____
Garnishee

Subscribed and sworn to before this _____ day of _____, 2025.

_____
Notary Public

My Commission expires:

**NOTE**: The original Answer must be mailed by first class mail to:

Clerk, United States District Court
Northern District of Indiana
1300 S. Harrison St.
Fort Wayne, IN 46802

and a copy of the Answer by first class mail to:

**WONG FLEMING**
Attn: James K. Haney, Esq.
400 Alexander Park Drive, Ste. 201
Princeton, NJ 08540

Gricelda Kimbriel
7032 Ternet Rd
Monroeville, IN 46773